IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 18-cr-057(RBW) |
| PETER SAUL THEADO | |

## GOVERNMENT'S PROFFER OF PROOF IN SUPPORT OF DEFENDANT'S PLEA OF GUILTY

The United States of America, by its attorney, the United States Attorney for the District

of Columbia, respectfully submits the following Proffer of Proof in Support of a proposed plea of

guilty by the defendant to Count One of the Indictment filed in this matter.

## I.   ELEMENTS OF THE OFFENSE

To sustain a conviction for a violation of 18 U.S.C. Section 111, the government must

prove the following:

> (1) the defendant forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with;
>
> (2) an officer or employee of the United States, or any agency thereof;
>
> (3) while said officer or employee was engaged in, or on account of the performance of official duties.
>
> In addition, where such acts involve physical contact with the victim of that assault, the defendant may be fined under Title 18 of the U.S. Code and imprisoned for not more than eight years.

## II.    SUMMARY OF FACTS

On March 8, 2018, the defendant, Peter Theado approached the White House entry gate located at 15th Street, N.W. and Alexander Hamilton Place, N.W. in Washington, D.C.  Mr. Theado requested to speak with President Donald Trump and First Lady Melania Trump. He was denied entry and proceeded southbound on 15th Street, N.W.

Mr. Theado then proceeded northbound on 15th Street, N.W., turned left on Pennsylvania Avenue, N.W., and approached United States Secret Service Uniformed Officers Michael Amaturo and Salvatore Benanti at the north east entrance to the White House grounds.  Officers Amaturo and Benanti were on duty, in uniform, and engaged in the performance of their official duties on behalf to the Secret Service when approached by Mr. Theado. Mr. Theado stated, "I am Peter J. Trump, director of the CIA. Where is the entrance to the White House?" Officer Amaturo denied· Mr. Theado entrance and informed Mr. Theado that he knew his identity based on previous encounters.

Mr. Theado repeated himself in a raised voice and demanded entry to the White House. Mr. Theado also repeated his claim that he was the director of the Central Intelligence Agency ("CIA"). In response to Mr. Theado's increased agitation, Officer Amaturo disembarked his bicycle and placed the bicycle between himself and Mr. Theado, creating a larger gap between the two men.

While yelling, Mr. Theado adopted a defensive posture and balled up his right fist.. Reaching over the bicycle, Mr. Theado punched Officer Amaturo with significant force on the left side of the head. Officer Amaturo was wearing a bicycle helmet and was therefore uninjured.

Officer Amaturo and Officer Benanti employed control techniques in an attempt to detain Mr. Theado. Once on the ground, Mr. Theado refused commands to remove his hands from underneath his body and kicked his feet while the officers attempted to secure them.

After the officers successfully restrained Mr. Theado, he repeatedly attempted to spit on the officers, but was unable to lift his head high enough off the ground to successfully make contact. Officers then positioned Mr. Theado in an upright position on the curb. While on the curb, Theado unprovoked said to an assisting officer, U.S. Secret Service Uniformed Officer Jason Moore, "I will cut your fucking head off!"

Mr. Theado was transported to Sibley Hospital for abrasions on his right hand. When released from Sibley, Theado was transported to the Metropolitan Police Department Second District Station.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

BY:  _____
Thomas A. Gillice
Assistant United States Attorney
D.C. Bar # 452336
555 4th Street, NW
Washington, DC 20530
202-252-1791
thomas.gillice@usdoj.gov

### *Defendant's Acceptance*

I have read each of the pages which constitute the government's Proffer of Proof and have discussed it with my attorney, Tony Miles, Esquire. I fully understand this proffer and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in my plea agreement. I am satisfied with the legal services provided by my attorney in connection with this proffer and my plea agreement and matters related to it.

Date: _10-10-18_

Peter Saul Theado
Defendant


### *Attorney's Acknowledgment*

I have read each of the pages which constitute the government's Proffer of Proof, reviewed them with my client, and discussed the provisions of the proffer with him, fully. These pages accurately and completely set forth the government's proof as I understand it.

Date: _10|10|2018_

Tony Miles, Esquire
Attorney for Peter Theado

- 4 -