AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

10235160

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FILED
JAN 30 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| V. | ) |
|  | ) Case No.  0090 1:18CR00057-001 |
| Peter Theado | ) |
|  | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)* Peter Theado
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
See attached petition

Date: January 27, 2020

_Reggie B. Walton_
Issuing Officer's Signature

Reggie B. Walton, U.S. District Judge
Printed Name and Title

City and State: Washington, DC

### Return

This warrant was received on *(date)* 01/27/2020, and the person was arrested on *(date)* 01/30/2020
at *(city and state)* Washington DC.

Date: 01/30/2020

_signature_
Arresting Officer's Signature

DUSM Pritchard 313602
Printed Name and Title